UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00055-RPM-MJW

TERESA K. CASH,

    Plaintiff,

v.

SEARS, ROEBUCK & CO., a New York Corporation.

    Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER, coming before the Court upon the Stipulation for Dismissal with Prejudice executed by counsel for Plaintiff and by counsel for Defendant, and the Court having reviewed the Stipulation and being fully advised;

IT IS HEREBY ORDERED that all claims which were brought and all claims arising out of the captioned matter which could have been brought by Plaintiff against Defendant are hereby dismissed WITH PREJUDICE, each party to pay their own costs and fees.

DATED this 14th day of March, 2006.

                BY THE COURT:
                s/Richard P. Matsch

                _____
                District Court Judge